

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | | | |
|---|---|---|---|---|
| LANA LEWIS, | § | | No. 08-23-00031-CV | |
| | Appellant, | § | | Appeal from |
| v. | | § | | 131st Judicial District Court |
| VICTOR C. HUFF, JR., | | § | | of Bexar County, Texas |
| | Appellee. | § | | (TC# 2019-CI-07818) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants all costs of appeal for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF OCTOBER, 2023.


YVONNE T. RODRIGUEZ, Chief Justice


Before Rodriguez, C.J., Palafox, and Soto, JJ.